# SUBCONTRACT LABOR & MATERIALS BOND

KNOW ALL MEN BY THESE PRESENTS:                                         Bond # 54-171757

That WEBSTER GRADING, INC., DBA RUD EXCAVATING OF WEBSTER, P.O. BOX 85, WEBSTER, *
_____ as Principal, hereinafter called Principal, and UNITED FIRE & CASUALTY COMPANY, 118 SECOND
AVE SE, CEDAR RAPIDS, IA 52407 _____ a corporation organized and existing
under the laws of the State of IOWA _____, as Surety, are held and firmly bound unto
G.S. MCCROSSAN CONSTRUCTION, INC., P.O. BOX 1240, MAPLE GROVE, MN 55311-6240
_____ as Obligee, hereinafter called
Obligee, for the use and benefit of claimants as hereinbelow defined, in the amount of TWELVE MILLION SIX
HUNDRED EIGHTY THOUSAND SIX HUNDRED EIGHTY TWO AND 91/100
_____ Dollars ($12,680,682.91 )
for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors
and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated JULY 13, 2008 _____
_____ entered into a subcontract with Obligee for WASECA COUNTY T.H. 13 AND T.H. 14, S.P.
8101-44 _____

_____
_____

in accordance with drawings and specifications prepared by MINNESOTA DEPT. OF TRANSPORTAION
_____, which subcontract is by reference made a part
hereof, and is hereinafter referred to as the subcontract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Principal shall
promptly make payment to all claimants as hereinafter defined, for all labor and material used or reasonably
required for use in the performance of the subcontract, then this obligation shall be void; otherwise it shall
remain in full force and effect, subject, however, to the following conditions:

(1)     A claimant is defined as one having a direct contract with the Principal for labor, material, or
        both, used or reasonably required for use in the performance of the contract, labor and material
        being construed to include that part of water, gas, power, light, heat, oil, gasoline,     telephone
        service or rental of equipment directly applicable to the subcontract.

(2)     The above-named Principal and Surety hereby jointly and severally agree with the Obligee that
        every claimant as herein defined, who has not been paid in full before the expiration of a period
        of ninety (90) days after the date on which the last of such claimant's work or labor was done or
        performed, or materials were furnished by such claimant, may sue on   this bond for the use of
        such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due
        claimant, and have execution thereon.  The Obligee shall not be liable for the payment of any
        costs or expenses of any such suit.

(3)     No suit or action shall be commenced hereunder by any claimant,

        (a)     After the expiration of one (1) year following the date on which Principal ceased work
        on said subcontract it being understood, however, that if any limitation embodied in this bond is
        prohibited by any law controlling the constitution hereof such limitation shall be deemed to be
        amended so as to be equal to the minimum period of limitation permitted by such law.

        (b)     Other than in a state court of competent jurisdiction in and for the county or other
        political subdivision of the state in which the project, or any part thereof, is situated, or in the
        United States District Court for the district in which the project, or any part thereof, is situated,
        and not elsewhere.

(4)     The amount of this bond shall be reduced by and to the extent of any payment or
        payments made in good faith hereunder.

Signed and sealed this  18TH    day of    JULY           A.D., 20 08
                                          WEBSTER GRADING, INC., DBA RUD
                                          EXCAVATING OF WEBSTER

                                          By _____

                                          UNITED FIRE & CASUALTY COMPANY

                                          By _____
                                          MELISSA M. NORDIN, ATTORNEY-IN-FACT

* MN 55088

EXHIBIT

A

### SURETY ACKNOWLEDGMENT

STATE OF MINNESOTA,

COUNTY OF Hennepin } SS.

.On this 18th day of July , 2008 , before me appeared

Melissa M. Nordin

to me personally known, who, being duly sworn, did say that he is the Attorney-in-Fact of the United Fire & Casualty Company

that the seal affixed to the foregoing instrument is the corporate seal of said corporation; that said instrument was signed and sealed on behalf of said corporation by authority of its Board of Directors, and said      Melissa M. Nordin      acknowledged said instrument to be the free act and deed of said corporation.

HOLLEY L. SMITH
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2010

*Holley Smith*

Notary Public, Hennepin                        County, Minn.

My commission expires _____

### ACKNOWLEDGMENT OF PRINCIPAL

#### For Corporation

STATE OF *Minnesota*

COUNTY OF *Rice* } SS.

On this 18th day of July , 2008 , before me personally came

*Tim Rud*

to me known, who, being by me duly sworn, did depose and say; that he resides in *Webster, MN*

that he is the *Vice President*

of the Webster Grading, Inc., DBA Rud Excavating of Webster

the corporation described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that is was so affixed by order of the Board of Directors of said corporation, and that he signed his name thereto by like order.

(Seal)

DEBRA RUD
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

Notary Public *Debra Rud*

My commission expires *Jan. 31, 2010*

S-2422/GEEF 11/97

UNITED FIRE & CASUALTY COMPANY
HOME OFFICE - CEDAR RAPIDS, IOWA
CERTIFIED COPY OF POWER OF ATTORNEY
(Original on file at Home Office of Company - See Certification)

KNOW ALL MEN BY THESE PRESENTS, that the UNITED FIRE & CASUALTY COMPANY, a corporation duly organized and existing under the laws of the State of Iowa, and having its principal office in Cedar Rapids, State of Iowa, does make, constitute and appoint STERRY D. JACKSON, DAVID E. SPELLMAN, NANCY K. CLEARANCE, JIM F. NELSON, JO JORDAN, OR JOAN K. RENTON, DR. MARK S. PAULSON, OR CLINT RODRIGUENCE ON, OR JAMES PARKS, THOMA CEDERHOLM, OR BETH N. JOHNSTON, ALL INDIVIDUALLY OF MINNEAPOLIS, MN

its true and lawful Attorney(s)-in-fact with power and authority hereby conferred to sign, seal and execute in its behalf all lawful bonds, undertakings and other obligatory instruments of similar nature as follows: Any and All bonds.........................
and to bind UNITED FIRE & CASUALTY COMPANY thereby as fully and to the same extent as if such instruments were signed by the duly authorized officers of UNITED FIRE & CASUALTY COMPANY and all the acts of said Attorney, pursuant to the authority hereby given are hereby ratified and confirmed.

The Authority hereby granted is continuous and shall remain in full force and effect until revoked by UNITED FIRE & CASUALTY COMPANY.

This power of Attorney is made and executed pursuant to and by authority of the following By-Law duly adopted by Board of Directors of the Company on April 18, 1973.

"Article V - Surety Bonds and Undertakings"

Section 2. Appointment of Attorney-In-Fact. "The President or any Vice President, or any other officer of the Company may, from time to time, appoint by written certificates attorneys-in-fact to act in behalf of the Company in the execution of policies of insurance, bonds, undertakings and other obligatory instruments of like nature. The signature of any officer authorized hereby, and the Corporate seal, may be affixed by facsimile to any power of attorney or special power of attorney or certification of either authorized hereby; such signature and seal, when so used, being adopted by the Company, as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed. Such attorneys-in-fact, subject to the limitations set forth in their respective certificates of authority shall have full power to bind the Company by their signature and execution of any such instruments and to attach the seal of the Company thereto. The President or any Vice President, the Board of Directors or any other officer of the Company may at any time revoke all power and authority previously given to any attorney-in-fact.

IN WITNESS WHEREOF, the UNITED FIRE & CASUALTY COMPANY has caused these presents to be signed by its vice president and its corporate seal to be hereto affixed this 28th day of April, 2008.

UNITED FIRE & CASUALTY COMPANY

By _____

State of Iowa, County of Linn

On this 28th day of April, 2008, before me personally came Dennis J. Richman to me known, who being by me duly sworn, did depose and say: that he resides in Cedar Rapids, State of Iowa; that he is the President of the UNITED FIRE & CASUALTY COMPANY, the corporation described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed pursuant to authority given by the Board of Directors of said corporation and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporation.

_____
Notary Public

I, the undersigned officer of the UNITED FIRE & CASUALTY COMPANY, do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the whole of the original Power of Attorney, as set forth in said Power of Attorney, with the ORIGINALS ON FILE IN THE HOME OFFICE OF SAID COMPANY, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

In testimony whereof I have hereunto subscribed my name and affixed the corporate seal of the said Company this 16TH day of JULY 20 08.

_____
Secretary

UFC/POA0818070B



## NOTICE OF CLAIM ON PAYMENT BOND FOR PUBLIC WORK

TO:   Webster Grading, Inc., d/b/a Rud Excavating of Webster, P. O. Box 85, Webster, MN 55088 and United Fire & Casualty Company, 118 Second Avenue SE, Cedar Rapids, IA 52407.

NOTICE IS HEREBY GIVEN that the undersigned Claimant has a claim against the above-named Surety for labor and materials furnished by the undersigned for the public work described as follows:

Project: Minnesota Department of Transportation, Waseca County T. H. 13 and T. H. 14, S.P. 8101-44, Waseca, MN
Bond No. 54-171757.

The labor and materials were furnished under a contract or agreement with:

Webster Grading, Inc., d/b/a Rud Excavating of Webster, P. O. Box 85, Webster, MN 55088.

The nature of the labor and materials furnished is as follows:

Furnish labor and equipment for excavation, embankment, muck excavation and earth moving.

The amount of claim is:  $1,195,166.40, plus interest, costs and attorneys' fees.

The date the claimant last furnished labor and materials to this public work is the 3rd day of December, 2009.

Claimant seeks payment of the claim according to law.


Dated: March 24, 2010                    NYEN EXCAVATING, INC.

By _____
Jennifer Nyen
Its Secretary

12775 County Road 43
Chaska, MN 55318

952-448-2824



EXHIBIT
B



STATE OF MINNESOTA

COUNTY OF CARVER

    Jennifer Nyen, being duly sworn on oath states that she is the Secretary for the claimant named above and has knowledge of the claim and that the claim is correct, and no part of the claim has been paid.

Jennifer Nyen

Signed and sworn to before
me on March 24, 2010

A Notary Public

CONNIE LYNN MAETZOLD
Notary Public-Minnesota
My Comm. Expires Jan. 31, 2012

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Webster Gradim, Inc. D/B/A:
Ruel Excavating, Inc. of
Webster
4280 Bagley Ave
Webster MN 55088

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 2820 0002 2158 6505

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United Fire & Casualty Co
118 - 2nd Ave S.E.
Cedar Rapids, IA 52407

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                    MAR 2 6 2010

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 2820 0002 2158 6499

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540